# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 50439

STATE OF IDAHO,

      Plaintiff-Respondent,

v.

JEFFERY ALAN BATTRAM,

      Defendant-Appellant.

)
)
)
)
)
)
)
)
)
)
)
)

Filed: September 4, 2024

Melanie Gagnepain, Clerk

THIS IS AN UNPUBLISHED
OPINION AND SHALL NOT
BE CITED AS AUTHORITY

---

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Peter G. Barton, District Judge.

Judgment of conviction and unified sentence of twenty years, with a minimum period of confinement of ten years, and concurrent unified sentence of fifteen years, with a minimum period of confinement of five years, for two counts of sexual battery of a minor child sixteen or seventeen years of age, affirmed.

Erik R. Lehtinen, State Appellate Public Defender; Jenny C. Swinford, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Raúl R. Labrador, Attorney General; Kenneth K. Jorgensen, Deputy Attorney General, Boise, for respondent.

---

Before HUSKEY, Judge; LORELLO, Judge;
and TRIBE, Judge

---

PER CURIAM

    Jeffery Alan Battram was found guilty of two counts of sexual battery of a minor child sixteen or seventeen years of age. I.C. § 18-1508A. The district court sentenced Battram to a unified term of twenty years, with a minimum period of confinement of ten years, for one count of sexual battery of a minor child sixteen or seventeen years and a concurrent unified term of

1

fifteen years, with a minimum period of confinement of five years, for the second count. Battram appeals, arguing that his sentences are excessive.[1]

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Our role is limited to determining whether reasonable minds could reach the same conclusion as the district court. *State v. Biggs*, 168 Idaho 112, 116, 480 P.3d 150, 154 (Ct. App. 2020). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Battram's judgment of conviction and sentences are affirmed.

---

[1]     Battram was also found guilty of and sentenced for two misdemeanors. However, he does not challenge those sentences on appeal.